**Opinion issued July 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00507-CV**

————————————

**IN RE SHU SEAN ZHENG, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Shu Sean Zheng, filed a petition for writ of mandamus challenging the trial court's April 14, 2026 "Order Granting [Real Party in Interest the Harris County Appraisal District's] Motion to Compel Entry Upon Property and Inspection."[1] The trial court's order required the interior inspection of relator's

---

[1] The underlying case is *Shu Sean Zheng v. Harris County Appraisal District*, Cause No. 2020-72964, in the 61st District Court of Harris County, Texas, the Honorable Lee Kathryn Shuchart presiding.

residence no later than May 15, 2026. Relator's petition for writ of mandamus requested that the Court grant the petition and issue a writ of mandamus directing the trial court to vacate its April 14, 2026 order, to further deny the motion to compel entry upon property and inspection, or alternatively, grant relator's motion to quash and for protective order.

The Court stayed enforcement of the trial court's order pending consideration of the petition for writ of mandamus. On request of the Court, the Harris County Appraisal District filed a response to the petition for writ of mandamus, and relator filed a reply in support of his request for mandamus relief.

We conclude that relator has failed to establish he is entitled to mandamus relief, and therefore, the Court lifts the stay imposed by our May 14, 2026 order and denies relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.